THE WEISER LAW FIRM, P.C.
KATHLEEN A. HERKENHOFF (168562)
12707 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: (858) 794-1441
Facsimile: (858) 794-1450
kah@weiserlawfirm.com

Attorneys for Plaintiff

[Additional counsel appears on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KEVIN FORESTAL, derivatively on behalf of STAAR SURGICAL COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>BARRY G. CALDWELL, JOHN S. SANTOS, CAREN MASON, MARK B. LOGAN, STEPHEN C. FARRELL, RICHARD A. "RANDY" MEIER, JOHN C. MOORE, J. STEVEN ROUSH, LOUIS E. SILVERMAN, and WILLIAM P. WALL,<br><br>Defendants,<br><br>– and –<br><br>STAAR SURGICAL COMPANY,<br><br>Nominal Defendant. | Case No. 2:16-cv-04492-MWF (GJSx)<br><br>NOTICE OF INTENT NOT TO FILE AMENDED COMPLAINT; REQUEST FOR DISMISSAL AND ENTRY OF JUDGMENT<br><br>Hon. Michael W. Fitzgerald<br><br>Complaint filed: June 21, 2016 |

On January 19, 2017, this Court issued an Order Denying Motion for Reconsideration (the "Order") (ECF No. 57), providing that the Court would enter an order of dismissal if Plaintiff did not file an amended complaint by January 30, 2017. While reserving all rights to assert that dismissal pursuant to the Order and pursuant to the November 14, 2016 Order Re Motion To Dismiss And Motion for Sanctions (ECF No. 50) is erroneous and contrary to applicable law, Plaintiff intends to pursue an appeal and therefore requests entry of an order of dismissal, as well as a corresponding judgment, in order to file such appeal.

DATED: January 30, 2017

THE WEISER LAW FIRM, P.C.
KATHLEEN A. HERKENHOFF (168562)

/s/ KATHLEEN A. HERKENHOFF
KATHLEEN A. HERKENHOFF

12707 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: (858) 794-1441
Facsimile: (858) 794-1450
kah@weiserlawfirm.com

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
BRETT D. STECKER
JAMES M. FICARO
22 Cassatt Avenue
Berwyn, PA 19312
Telephone: (610) 225-2677
Facsimile: (610) 408-8062
rmw@weiserlawfirm.com
bds@weiserlawfirm.com
imf@weiserlawfirm.com

Attorneys for Plaintiff

ROSMAN & GERMAIN LLP
DANIEL L. GERMAIN (143334)
16311 Ventura Boulevard, Suite 1200
Encino, CA 91436-2152
Telephone: (818) 788-0877
Facsimile: (818) 788-0885

Liaison Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 30, 2017.

 /S/ KATHLEEN A. HERKENHOFF
KATHLEEN A. HERKENHOFF

THE WEISER LAW FIRM, P.C.
12707 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: 858/794-1441
Facsimile: 858/794-1450

Email: kah@weiserlawfirm.com

# Mailing Information for a Case 2:16-cv-04492-MWF-GJS Kevin Forestal v. Barry G. Caldwell et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kai S Bartolomeo**
  kbartolomeo@mofo.com,diana-coletti-4786@ecf.pacerpro.com,kai-bartolomeo-2577@ecf.pacerpro.com,setheredge@mofo.com,dcoletti@mofo.com

- **Daniel L Germain**
  germain@lalawyer.com,attorneygermain@gmail.com

- **Kathleen Ann Herkenhoff**
  kah@weiserlawfirm.com,jmf@weiserlawfirm.com,bds@weiserlawfirm.com,hl@weiserlawfirm.com

- **Alan M Klein**
  alan@akleinlaw.com

- **Dan E Marmalefsky**
  dmarmalefsky@mofo.com,dan-marmalefsky-8634@ecf.pacerpro.com,Docket-LA@mofo.com,skay@mofo.com,sharon-kay-5660@ecf.pacerpro.com

- **Brett D Stecker**
  bds@weiserlawfirm.com,hl@weiserlawfirm.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`