JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KEVIN FORESTAL,

         Plaintiff,

   v.

BARRY G. CALDWELL, et al.,

         Defendants.

**Case No. CV 16-4492-MWF (GJSx)**

**JUDGMENT**

      This action was dismissed after Plaintiff Kevin Forestal filed a Notice of Intent Not to File Amended Complaint.   (Docket No. 58).   The Court had granted Defendants' Motion to Dismiss (Docket No. 50) and denied Plaintiff's Motion for Reconsideration (Docket No. 57).

      Plaintiff Kevin Forestal was represented by Robert B. Weiser, Brett D. Stecker, James M. Ficaro, and Kathleen A. Herkenhoff, of the Weiser Law Firm, P.C.; and Daniel L. Germain of Rosman & Germain LLP.   Defendants Barry G. Caldwell, John S. Santos, Caren Mason, Mark B. Logan, Stephen C. Farrell, Richard A. Meier, John C. Moore, J. Steven Roush, Louis E. Silverman, William P. Wall, and Nominal Defendant STAAR Surgical Company, were represented by Dan E. Marmalefsky and Kai S. Bartolomeo, of Morrison and Foerster LLP.

1       Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil

2 Procedure, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that

3 final judgment in this action be entered in favor all Defendants, and that Plaintiff

4 Kevin Forestal shall take nothing by way of his Complaint.

5       Defendants are awarded their costs as provided by law.

6

7

8       Dated: January 31, 2017.     _____

9                               MICHAEL W. FITZGERALD
                                   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28