UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 23 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KEVIN FORESTAL, derivatively on behalf of Staar Surgical Company,

    Plaintiff - Appellant,

v.

BARRY G. CALDWELL; et al.,

    Defendants - Appellees.

No. 17-55145

D.C. No. 2:16-cv-04492-MWF-GJS
U.S. District Court for Central California, Los Angeles

**MANDATE**

The judgment of this Court, entered June 29, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

    FOR THE COURT:

    MOLLY C. DWYER
    CLERK OF COURT

    By: Rhonda Roberts
    Deputy Clerk
    Ninth Circuit Rule 27-7